PER CURIAM.
 

 We have for review
 
 Nordelus v. State,
 
 889 So.2d 910 (Fla. 4th DCA 2004), in which the Fourth District Court of Appeal certified conflict with the First District Court of Appeal’s decision in
 
 State v. Bolware,
 
 999 So.2d 660 (Fla. 1st DCA 2003),
 
 approved,
 
 995 So.2d 268 (Fla.2008). We have jurisdiction.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.
 

 We stayed proceedings in this case pending disposition of
 
 Bolware.
 
 We have since decided
 
 Bolware,
 
 in which we approved the First District’s underlying
 
 Bol-ware
 
 decision and disapproved the Fourth District’s
 
 Nordelus
 
 decision.
 
 See Bolware v. State,
 
 995 So.2d 268 (Fla.2008). We thus issued an order directing respondent in the present case to show cause why we should not exercise jurisdiction, quash the Fourth District’s
 
 Nordelus
 
 decision, and remand for reconsideration in light of our decision in
 
 Bolware.
 
 Respondent did not respond to that order, thereby constructively conceding that we should so proceed.
 

 We accordingly grant the petition for review in the present case. The decision under review is quashed and this matter is remanded to the Fourth District Court of Appeal for reconsideration upon application of this Court’s decision in
 
 Bolware.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.